■ CIRO CAPONE, Appellant-Respondent, v. NEW YORK CITY HOUSING AUTHORITY et al., Respondents-Appellants. (And A Third-Party Action.) — Motion by plaintiff for clarification of this court's decision dated April 8, 1968 (29 A D 2d 951). Motion granted to the extent of striking from the second paragraph of the decision the last sentence thereof, which reads: " The findings of fact below are affirmed." and substituting therefor the following: " The findings of fact below have not been affirmed." Order dated April 8, 1968, which was entered on said decision, amended accordingly. Beldock, P. J., Christ, Hopkins, Benjamin and Munder, JJ., concur.

## (December 8, 1969)

■ CAROLINE CANTELMO, Respondent, et al., Plaintiff, v. MARTHA LEVINE, an Infant, by ALBERT LEVINE, Her Father, et al., Appellants.— In a negligence action to recover damages for personal injuries sustained by plaintiff Caroline Cantelmo and for medical expenses, etc., of her husband, the coplaintiff, defendants appeal from so much of a judgment of the Supreme Court, Westchester County, dated October 28, 1968, as is in favor of plaintiff Caroline Cantelmo upon a jury verdict of $109,600 for her. Judgment reversed insofar as appealed from, on the law and facts, and, as to plaintiff Caroline Cantelmo, action severed and new trial granted solely on the issues of damages, with costs to appellants to abide the event, unless said plaintiff, within 30 days after entry of the order hereon, shall serve and file with the clerk of the trial court a written stipulation consenting to reduce the verdict in her favor to $60,000 and to the entry of an amended judgment accordingly, in which event the judgment as to her, as so reduced and amended, is affirmed, without costs. In our opinion, the amount of the verdict for respondent was excessive to the extent indicated herein. Beldock, P. J., Christ, Brennan, Rabin and Kleinfeld, JJ., concur.